In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-176 CV


____________________



IN THE INTEREST OF C.P., J.C.P., AND C.G.P.






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 06-01-00373 CV






 MEMORANDUM OPINION 


 On June 15, 2006, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant explained
why he needed time for filing the record. Appellant did not respond. The appellant is not
entitled to proceed without payment of costs. Tex. R. App. P. 20.1. There being no
satisfactory explanation for the failure to file the record, the appeal is dismissed for want of
prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED.

 ____________________________

 CHARLES KREGER

 Justice



Opinion Delivered August 10, 2006 

Before McKeithen, C.J., Kreger and Horton, JJ.